IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LYNDA HOWARD                                                          PLAINTIFF

V.                                        NO. 3:06CV00045JFF

JO ANNE B. BARNHART, Commissioner of
Social Security Administration                                       DEFENDANT


ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, it is presented to the Court, the plaintiff's motion to dismiss this civil action because on April 5, 2006, the Appeals Council vacated their March 8, 2006, denial which was the subject of this civil action, and issued a new decision denying plaintiff's claim for disability benefits.  Plaintiff subsequently appealed that denial notice under civil action No. 3:06CV00070JTR, and wishes to proceed with her appeal under that case number.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that this case be dismissed without prejudice, and the same is hereby dismissed.

IT IS SO ORDERED this 4th day of May 2006.


/s/ John F. Forster, Jr.
U.S. Magistrate Judge